NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERTO RAMOS,                           )
                                         )
            Appellant,                   )
                                         )
v.                                       )      Case No. 2D18-4687
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Barbara Twine
Thomas, Judge.

PER CURIAM.

Affirmed.  See McDonald v. State, 957 So. 2d 605 (Fla. 2007); Knight v.
State, 808 So. 2d 210 (Fla. 2002); Robinson v. State, 793 So. 2d 891 (Fla. 2001); State
v. Connelly, 748 So. 2d 248 (Fla. 1999); Cave v. State, 613 So. 2d 454 (Fla. 1993);
Lopez v. State, 135 So. 3d 539 (Fla. 2d DCA 2014); McDonald v. State, 133 So. 3d 530
(Fla. 2d DCA 2013); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Calloway v.
State, 914 So. 2d 12 (Fla. 2d DCA 2005); Shortridge v. State, 884 So. 2d 321 (Fla. 2d
DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); State v. Wilson, 203
So. 3d 192 (Fla. 4th DCA 2016); Williams v. State, 143 So. 3d 423 (Fla. 1st DCA 2014);

Dunbar v. State, 879 So. 2d 98 (Fla. 4th DCA 2004); State v. Reardon, 763 So. 2d 418 (Fla. 5th DCA 2000) (en banc).

SILBERMAN, BLACK, and SMITH,JJ., Concur.